# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

FILED IN OPEN COURT
DATE 3-12-2014
BY: /s/
Roanoke DEPUTY CLERK
DIVISION, W.D. of VA

| | |
|---|---|
| United States of America<br>v.<br>Silvano PEREZ CORONADO | )<br>)<br>) Case No. 7:14MJ22<br>)<br>)<br>)<br>) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 12, 2014__ in the county of __Roanoke__ in the __Western__ District of __District__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 846 | Conspiracy to Distribute Methamphetamine |

This criminal complaint is based on these facts:

See Attatched Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Kevin C. Moore
Printed name and title

Sworn to before me and signed in my presence.

Date: March 12, 2014

_____
Judge's signature

City and state: Roanoke, Virginia

Robert Ballou, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

## INTRODUCTION

I, Kevin C. Moore, being duly sworn, depose and state as follows:

1. I, Kevin C. Moore, am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C). That is, I am a government agent engaged in enforcing the criminal laws of the United States, and am duly authorized by the Attorney General to request an arrest warrant. I have been employed as a Task Force Officer of the Drug Enforcement Administration since September, 2009. Prior to this, I was assigned as a Detective with the Salem Police Department Vice and Narcotics Unit, starting in 2008. Prior to assignment as a Detective, your affiant was a Salem Police Department Patrol Officer for four years. Your affiant has attended narcotics investigation schools and has been involved with numerous narcotics investigations including, but not limited to, investigations of methamphetamine trafficking. These investigations have led to the seizure of illegal narcotics and assets derived from the trafficking of illegal narcotics, as well as to the arrest of multiple drug traffickers.

2. I have personally participated in the investigation set forth below. The facts and information contained in this affidavit are based upon my personal knowledge, as well as upon information obtained from other federal and state law enforcement officers. All observations referenced in this affidavit that were not personally made by me were relayed to me by the person(s) who made such observations, or by reports that detailed the events described by such person(s).

3. This affidavit does not contain every fact known to me regarding this investigation, but rather contains just such information as is necessary to establish probable cause to believe that Gerardo PEREZ and Silvano PEREZ-CORONADO are engaged in a conspiracy with persons known and unknown to distribute controlled substances, to wit methamphetamine, within and into the Western District of Virginia. Law enforcement officers have utilized cooperating sources of information during this investigation. These cooperating witnesses and sources have made statements against their own penal interest and have provided law enforcement agents with reliable and credible information which has been corroborated.

1

## BACKGROUND OF THE INVESTIGATION

4. On March 10, 2014, your affiant, along with members of the DEA Roanoke Resident Office and the Twin County Drug Task Force, conducted a buy/bust operation on CS 1. This resulted in the seizure of a distribution quantity of methamphetamine from CS 1. CS 1 thereafter agreed to speak to law enforcement officials, and that he wished to provide information about methamphetamine trafficking in the Galax, Virginia area. CS 1 stated he, together with Silvano PEREZ-CORONADO, and others in the Galax, Virginia, area were supplied with methamphetamine by Gerardo PEREZ. CS 1 stated he has personally purchased half-pound quantities of methamphetamine from Gerardo PEREZ since January 2014. These quantities of methamphetamine were to be distributed in and around Galax, Virginia. CS 1 would pick up distribution amounts of methamphetamine from Gerardo PEREZ on behalf of other co-conspirators as well, and would deliver this methamphetamine to them in the Galax area.

5. CS 1 stated Silvano PEREZ-CORONADO also distributes methamphetamine in Galax, Virginia. CS 1 has seen Silvano PEREZ-CORONADO being supplied by Gerardo PEREZ. CS 1 stated the residence Gerardo PEREZ lives in is a stash house for methamphetamine being transported from California. CS 1 provided a description of this house, as well as directions to the residence. CS 1 then agreed to point out the residence to officers. Members of the Twin County Drug Task Force drove with CS 1 to Dobson, North Carolina, and he pointed out a residence at 460 Greene Road Dobson, North Carolina, as the stash house. This residence was exactly as described during the interview. CS 1 stated Gerardo PEREZ stores bulk methamphetamine in bags buried in the ground behind a building by two big trees. CS 1 advised Gerardo PEREZ was in possession of a Mossberg shotgun and two handguns.

6. On March 11, 2014, your affiant provided North Carolina State Bureau of Investigations ("SBI") agents information that they used to obtain a search warrant for the residence of Gerardo PEREZ on 460 Greene Road in Dobson, North Carolina. SBI agent Gene Parsons then executed this search warrant, accompanied by members of the DEA Roanoke and Charlotte Resident Offices. Officers approached the residence overtly, using blue lights and announcing their presence, due to a surveillance camera being emplaced on the front of the

residence. Officers immediately observed two Hispanic males, later identified to be Gerardo PEREZ and Silvano PEREZ CORONADO flee from the rear of the residence. Officers apprehended both Gerardo PEREZ and Silvano PEREZ CORONADO shortly thereafter. Officers seized approximately two pounds of methamphetamine which was buried in the ground exactly where CS 1 stated it would be. Officers also seized a shotgun from inside the residence. A handgun was recovered outside of the residence along the route of flight used by PEREZ and PEREZ-CORONADO. After having been advised of his rights, Gerardo PEREZ advised SA Dustin Harmon (of the Charlotte DEA resident office) that the recovered methamphetamine was methamphetamine that he had stolen from another methamphetamine trafficker.

7. During the course of an independent and unrelated investigation of methamphetamine trafficking in the Carroll County, Virginia, area, the Roanoke DEA developed an informant hereafter identified as CS 2. CS 2 was a significant methamphetamine trafficker. When interviewed by agents of the DEA, he stated that he met Silvano PEREZ-CORONADO in 2010. CS 2 advised that from Fall, 2010 thru January 2011 he purchased quarter pound to half pound quantities of methamphetamine from Silvano PEREZ-CORONADO, and did so on approximately twenty-five total occasions. These transactions took place in and around Galax, Virginia, with Silvano PEREZ-CORONADO delivering the methamphetamine to CS 2. As part of this investigation, Officers conducted a recorded meeting between CS 2 and Silvano PEREZ CORONADO during which the two individuals discussed illegal drug activity.

8. Based on the information contained in this affidavit, Affiant respectfully requests that arrest warrants be issued for Gerardo PEREZ and Silvano PEREZ-CORONADO for violations of Title 21, United States Code, Section, 846, to wit, Conspiracy to distribute methamphetamine within, and into, the Western District of Virginia.

Kevin C. Moore
Task Force Officer
DRUG ENFORCEMENT ADMINISTRATION

Sworn to before me this the \_\_\_12th\_\_\_ day of March 12, 2014.

_____
Honorable Robert S. Ballou
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF VIRGINIA